UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS CALDERON,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondent(s). | CASE NO. C26-2419-KKE<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |

Petitioner moves for a 21-day extension of his deadline to file a traverse, citing delays in receiving mail at the Northwest ICE Processing Center and Petitioner's inability to access the Court's electronic docket. Dkt. Nos. 8, 9. Finding good cause to extend the deadline, the Court GRANTS Petitioner's request.

Petitioner's deadline to file his traverse in reply to the Government's return shall be August 28, 2026. The Clerk is DIRECTED to re-note the Government's return (Dkt. No. 6) to August 28, 2026.

Dated this 6th day of August, 2026.

Kymberly K. Evanson
United States District Judge