# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS CALDERON,

Petitioner(s),

v.

BRUCE SCOTT, et al.,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER C26-2419-KKE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

(1) The Petition for a Writ of Habeas Corpus (Dkt. No. 1) is GRANTED.

(2) The Government SHALL release Petitioner from detention **no later than ONE DAY from the date of this order**, under appropriate conditions of release.

(3) **No later than October 7, 2026**, the Government SHALL provide the Court with a declaration confirming that Petitioner has been released from custody and informing the Court of the date and time of his release.

Dated October 5, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk